# C. DAVID COTTINGHAM

PO DRAWER 020588
TUSCALOOSA, AL  35402

STANDING TRUSTEE
CHAPTER 13 BANKRUPTCY
WESTERN DIVISION
NORTHERN DISTRICT OF ALABAMA

TELEPHONE
(205)758-8595

DATE:___08/25/2010_____

TO:___MARSHALL ENTELISANO_____
    (ATTORNEY AT LAW)

*Changed 09-03-10 AEH*

RE:  CHAPTER 13 CASE #:___09-70104_____

    NAME OF DEBTOR(S):___JALAL BESSIOUNI_____

WE HAVE RECEIVED NOTIFICATION THAT THE DEBTOR(S) IS NO LONGER AT THE ADDRESS IN OUR FILE.  PLEASE FURNISH US WITH A CURRENT ADDRESS WITHIN TEN (10) DAYS.  PLEASE INDICATE THE NEW ADDRESS BELOW AND RETURN THIS FORM TO US.

THANK YOU FOR YOUR ASSISTANCE.

_____
    C. DAVID COTTINGHAM

ADDRESS ON FILE:___6327 WOODLAND FORREST DRIVE_____

___TUSCALOOSA, AL  35405_____

NEW ADDRESS OF DEBTOR(S): 3145 Unit B Kimbo Road
Fort Worth, TX 76111

Mailed by:__AEH___
        Initial

PLEASE RETURN THIS FORM TO THE TRUSTEES OFFICE.  THANK YOU.
**YOU CAN EMAIL IT~~ aholliman@ch13tuscaloosa.com**